IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                    Criminal Action No.
                                        23-00125-01/02-CR-W-BCW

BILAH RALLS, et al.,

          Defendant.

---

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One:    Conspiracy to Distribute Fentanyl and Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 (both defendants)

                                        Count Two:    Possession with Intent to Distribute Fentanyl, *in violation of* 21 §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2 (both defendants)

                                        Count Three:    Possession with Intent to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2 (both defendants)

**TRIAL COUNSEL**:
        Government:   David Barnes & Maureen Brackett
          Case Agents:    Det. Michael Wells & Detective Brandon Winders
        Defendant Ralls:    Angela Hasty; paralegal Michelle Bibbs will assist
        Defendant McDowell:   Dione Greene; associate Kristy Borders will assist

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:
   -   The Government intends to file a Rule 609 Notice.
   -   The Government will request Narcan be placed in the Courtroom.
   -   Defendant McDowell will request to wear civilian clothes during trial.

**TRIAL WITNESSES**:
        Government:   12-15 with stipulations; 15-20 without stipulations
        Defendant Ralls: no additional witnesses; Defendant may testify
        Defendant McDowell: up to 3 additional witnesses; Defendant may testify

**TRIAL EXHIBITS**:
      Government:   150 exhibits
      Defendant Ralls:   4 exhibits
      Defendant McDowell:   25 exhibits

**DEFENSES**:
      Defendant Ralls:
      ( x )   defense of general denial
      (   )   defenses of general denial and _____

      Defendant McDowell:
      ( x )   defense of general denial
      (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      Defendant Ralls:
      ( x ) Definitely for trial                 (  ) Possibly for trial
      (  ) Motion to continue to be filed     (  ) Likely a plea will be worked out

      Defendant McDowell:
      ( x ) Definitely for trial                 (  ) Possibly for trial
      (  ) Motion to continue to be filed     (  ) Likely a plea will be worked out

**TRIAL TIME**:   **3 ½ days**
      Government's case including jury selection:   2 ½ days
      Defendant Ralls:   1 hour
      Defendant McDowell:   1 day

**STIPULATIONS**:
      (  )   not likely
      (  )   not appropriate
      (  )   proposed as to:
             ( x )   chain of custody
             ( x )   chemist's reports
             (  )   prior felony conviction
             (  )   interstate nexus of firearm
             ( x )   DNA

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government: November 18, 2024
      Defense: November 18, 2024
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**:   November 18, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: November 18, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing December 2, 2024
    **Please note**:   *The Government requests the second week of the docket, due to a family obligation the first week.  Counsel for both defendants are available both weeks of the docket, but are agreeable to the Government's request for the second week.*

**OTHER**:
    (   )   A _____-speaking interpreter is required.
    (   )   Other assistive devices: _____

    **IT IS SO ORDERED.**


                                                    */s/ Jill A. Morris*
                                                    JILL A. MORRIS
                                                    United States Magistrate Judge